IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| DEEP MARINE HOLDINGS, INC.; | § | Case No. _____ |
| DEEP MARINE TECHNOLOGY | § | |
| INCORPORATED; | § | Case No. _____ |
| DEEP MARINE 1, LLC; | § | Case No. _____ |
| DEEP MARINE 2, LLC; | § | Case No. _____ |
| DEEP MARINE 3, LLC; | § | Case No. _____ |
| DEEP MARINE 4, LLC | § | Case No. _____ |
| Debtors. | § | Chapter 11 |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS*

| | (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Name of claim (trade debt, bank Loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated, disputed, or subject to setoff | (5) Amount of Claim |
| --- | --- | --- | --- | --- | --- |
| 1 | Otto Candies, LLC<br>PO Box 25<br>Des Allemands, LA 70030 | | | | 25,110,611.28 |
| 2 | DCC Ventures, LLC<br>3960 Howard Hughes Pkwy.<br>5th Floor<br>Las Vegas, NV 89169 | | | | 8,872,689.90 |
| 3 | Aramark Offshore<br>1101 Market Street<br>Philadelphia, PA 19107 | | | | 2,191,938.78 |
| 4 | NREC Power Systems, Inc.<br>5222 Hwy 311<br>Houma, LA 70360 | | | | 769,222.55 |
| 5 | NJK Holding Corporation<br>7803 Glenroy Road<br>Minneapolis, MN 55439 | | | | 616,812.17 |

*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

HOUSTON\2339378.

|    | (1) | (2) | (3) | (4) | (5) |
|----|-----|-----|-----|-----|-----|
| 6  | BNA Marine Services, LLC<br>1022 Jackson Road<br>Amelia, LA 70340 | | | | 611,502.34 |
| 7  | Intrepid Global Ind.<br>11931 Wickchester Lane #300<br>Houston, TX 77043 | | | | 563,688.04 |
| 8  | Bollinger Fourchon, LLC<br>106 Norman Doucet Dr.<br>Golden Meadow, LA 70357 | | | | 508,801.51 |
| 9  | UTEC Survey Inc.<br>10801 Hammerly Blvd.<br>Suite 212<br>Houston, TX 77043 | | | | 441,915.00 |
| 10 | Crossmar Incorporated<br>1950 A S. Van Ave.<br>Houma, LA 70363 | | | | 427,946.18 |
| 11 | Ertech India<br>307 Bezollah Complex<br>Sion Trombay Rd.<br>Chembur, Mumbai 400071 | | | | 338,623.00 |
| 12 | Conrad Shipyard, LLC<br>PO Box 790<br>Morgan City, LA 70381 | | | | 302,256.60 |
| 13 | McDermott Will & Emory LLP<br>227 W Monroe St<br>Chicago, IL 60606 | | | | 248,841.51 |
| 14 | BP America<br>501 Westlake Park Blvd<br>WLI Office 24, 108A<br>Houston, TX 77079 | | | | 214,435.00 |
| 15 | CapRock Communications<br>Lock Box 8792067<br>Dept 2067<br>PO Box 122067<br>Dallas, TX 75312 | | | | 204,003.06 |
| 16 | Ocean Services, LLC<br>2629 NW 54th St<br>Suite W201<br>Seattle, WA 98107 | | | | 167,551.52 |
| 17 | Seagull Marine/Agility<br>115 Canvasback Drive<br>St. Rose, LA  77087 | | | | 160,140.29 |

HOUSTON\2339378.5                                    2

*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

|    | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 18 | B&J Martin, Inc./MARTIN QUAR<br>18104 W Main<br>Galliano, LA 70354 | | | | 149,661.31 |
| 19 | The IUC Group<br>222 Fordham St<br>Bronx, NY 10464 | | | | 149,487.66 |
| 20 | Madcon Corporation<br>63374 Old Military Rd<br>Pearl River, LA 70452 | | | | 148,886.30 |
| 21 | ES&H<br>1730 Coteau Rd<br>Houma, LA 70364 | | | | 134,880.69 |
| 22 | GS-HYDRO-US, Inc<br>16405 Air Center Blvd<br>Suite 400<br>Houston, TX 77032 | | | | 132,534.38 |
| 23 | Candies Shipbuilders<br>1100 Oak St<br>Houma, LA 70363 | | | | 120,329.69 |
| 24 | Asamarbunkers<br>c/o Asamar, Inc.<br>1099 Wall Street West<br>Suite 138<br>Lyndhurst, NJ 07071 | | | | 112,750.00 |
| 25 | Greenburg Traurig LLP<br>300 W 6th St., Suite 2050<br>Austin, TX 78701 | | | | 111,705.43 |
| 26 | Intermoor, Inc.<br>PO Box 1599<br>Amelia, LA 70340 | | | | 107,958.92 |
| 27 | Nexans Norway AS<br>Postboks 63450<br>Etterstad, Oslo, Norway<br>N-0605 | | | | 96,671.83 |
| 28 | Huisman-Itrec Special Lifting<br>Admiral Trompstraat 2<br>3115 HH Schiedam,<br>PO Box 150<br>3100 AD<br>Schiedam Harbor #561<br>NL | | | | 80,564.78 |

HOUSTON\2339378.5                                3

*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

|    | (1) | (2) | (3) | (4) | (5) |
|----|-----|-----|-----|-----|-----|
| 29 | Greenwood Marine Management I<br>125 Mako Lane<br>Morgan City, LA 70380 | | | | 77,040.49 |
| 30 | Bollinger Texas City<br>2201 Dock Rd<br>Dock 42<br>Texas City, TX 77590 | | | | 73,800.00 |
| 31 | PNC Bank, NA<br>PO Box 828702<br>Philadelphia, PA 19182-8702 | | | | 71,460.55 |
| 32 | Noble Denton Marine<br>14701 St. Mary's Lane<br>Suite 425<br>Houston, TX 77079 | | | | 62,106.64 |
|    | TOTAL | | | | $43,380,817.40 |

HOUSTON\2339378.5

4

*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR LIMITED LIABILITY COMPANY

I, John Hudgens, the Chief Financial Officer of the Debtors in the above-captioned Chapter 11 cases, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: December 3, 2009

By _____
John Hudgens
Chief Financial Officer

HOUSTON\2339378.5                                5

*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.